# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

DONNA M. EZOVSKI,

        Plaintiff,

v.

OCEAN STATE TRANSIT, LLC,

        Defendant.

Civil Action No. 1:20-cv-00278-MSM-PAS

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action, with prejudice, with all rights of appeal waived, and with each party to bear its own costs and attorneys' fees.

| DONNA M. EZOVSKI | OCEAN STATE TRANSIT, LLC |
|---|---|
| By her attorney, | By its attorneys, |
| /s/ Stephen T. Fanning | /s/ Francesco A. DeLuca |
| Stephen T. Fanning (#3900) | Francesco A. DeLuca (#9293) |
| The Law Office of Stephen T. Fanning | Alicia Maziarz (*pro hac vice*) |
| 305 South Main Street | Epstein, Becker & Green, P.C. |
| Providence, RI 02903 | 125 High Street, Suite 2114 |
| Tel: (401) 272-8250 | Boston, MA 02110 |
| Fax: (401) 272-4520 | Tel: (617) 603-1100 |
| stephenfanning@msn.com | Fax: (617) 249-1573 |
| | fdeluca@ebglaw.com |
| | amaziarz@ebglaw.com |
| Dated: November 23, 2021 | Dated: November 23, 2021 |

FIRM:54671781v1

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed electronically through the ECF system on November 23, 2021, that it is available for viewing and downloading from the ECF system, and that it has been served by electronic means on the following counsel of record:

        Stephen T. Fanning, Esq.
        305 South Main Street
        Providence, RI 02903
        stephenfanning@msn.com

        /s/ Francesco A. DeLuca
        Francesco A. DeLuca

FIRM:54671781v1